IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SAFECAST LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 6:22-cv-00678-ADA<br>§<br>§  JURY TRIAL DEMANDED<br>§<br>§<br>§ |

## INDEX OF NON-CONFIDENTIAL ATTACHMENTS TO DKT 27

## DEFENDANT GOOGLE LLC'S OPPOSED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(A)

The following documents are hereby being publicly filed as attachments to the above-referenced Sealed Motion:

1.  Declaration of Amy K. Liang

2.  Exhibits A – O to Declaration of Amy K. Liang

{A07/07713/0122/W1801967.1 }

Dated: October 18, 2022

Respectfully submitted:

<u>/s/ *Darin W. Snyder with permission, by Shaun W Hassett*</u>
Darin W. Snyder (*Pro Hac Vice*)
Email: dsnyder@omm.com
Luann L. Simmons (*Pro Hac Vice*)
Email: lsimmons@omm.com
David S. Almeling (*Pro Hac Vice*)
Email: dalmeling@omm.com
Amy K. Liang (*Pro Hac Vice*)
Email: aliang@omm.com
Saurabh Prabhakar (*Pro Hac Vice*)
Email: sprabhakar@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Andrew Bledsoe (*Pro Hac Vice*)
Email: abledsoe@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994

Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Shaun W. Hassett (TX Bar No. 24074372)
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
110 North College Avenue, Suite 500
Tyler, TX 75702
Telephone: 903-596-8311
Facsimile: 903-593-8406

***ATTORNEYS FOR DEFENDANT GOOGLE LLC***